IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI,<br><br>Plaintiff,<br><br>v.<br><br>TRAN, et al.,<br><br>Defendants. | No. 2:25-CV-2410-DJC-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On the Court's own motion, the deadline for filing a responsive pleading is vacated pending Plaintiff's resolution of the fee status for this case.

IT IS SO ORDERED.

Dated: September 17, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1