**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI, | No.  2:25-cv-2410-DJC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| TRAN, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for a 60-day extension of time to file objections to the Court's April 10, 2026, findings and recommendations.  See ECF No. 12. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to limited access to the prison law library, Plaintiff's motion will be granted in part.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 12, is granted in part.

2. Objections to the Court's April 10, 2026, findings and recommendations are due within 30 days of the date of this order.

Dated:  June 3, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2