**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI,<br>Plaintiff,<br>v.<br>TRAN, et al.,<br>Defendants. | No. 2:25-cv-2410-DJC-DMC-P<br><br><u>ORDER</u> |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On April 10, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed April 10, 2026, ECF No. 11, are adopted in full.

2. Plaintiff's motion for leave to proceeds in forma pauperis, ECF No. 8, is denied.

3. Within 30 days of the date of this order, Plaintiff shall pay the full $405.00 filing fee for this action. Failure to timely pay the filing fee will result in dismissal of this action.

4. This matter is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated: **July 31, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE